**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Jose Elias Coy Choc,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:26-CV-00695-ADA-DH** |
| | § | |
| **Markwayne Mullin, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

### ORDER

On July 16, 2026, the Court ordered the respondents to show cause as to the status of Petitioner after the stay of removal was lifted. Dkt. No. 8. Respondents informed the Court that Petitioner was removed from the United States on or about June 14, 2026, and therefore the petition for writ of habeas corpus is now moot. Dkt. No. 9.

**IT IS THEREFORE ORDERED** that Petitioner's Petition (Dkt. No. 1) is **DISMISSED AS MOOT.**

**SIGNED** on July 30, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE